[No. 15064-6-II.     Division Two.     February 16, 1994.]

JENNESS N. BUCK, *Respondent*, v. JOSEPH J. HANKS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-06981-0, Thomas A. Swayze, Jr. J., entered May 16, 1991. *Affirmed* by unpublished opinion per Peterson, J. Pro Tem., concurred in by Morgan, C.J., and Seinfeld, J.


[No. 14540-5-II.     Division Two.     February 17, 1994.]

BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST
FUND, *Respondent*, v. MARINE INDUSTRIES NORTHWEST,
INC., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-04433-7, Arthur W. Verharen, J., entered November 16, 1990. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Seinfeld, J.


[No. 14681-9-II.     Division Two.     February 17, 1994.]

*In the Matter of the Marriage of* CHERYL RUSSELL,
*Appellant, and* DENNIS J. LOZNER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-3-01644-2, Rosanne Buckner, J., entered February 1, 1991. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.